# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 20, 2007

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 06-2137

| | |
|---|---|
| The St. Paul Travelers Companies, Inc., f/k/a St. Paul Fire and Marine Insurance Company, | Appeal from the United States District Court for the Southern District of Indiana, Evansville Division |
| *Plaintiff-Appellee*, | No. 04 CV 154 |
| *v.* | **David F. Hamilton**, *Judge*. |
| Corn Island Shipyard, Inc., | |
| *Defendant-Appellant*. | |

**O R D E R**

The opinion released on July 18, 2007, is amended as follows:

On page 13, the last sentence of the first full paragraph is deleted ("After setting forth. . . policy.").